STATE OF NEW JERSEY v. ROBERT PAYNE.

April 20, 1981.

Petition for certification is granted and the matter is summarily reversed and remanded to the trial court for resentencing pursuant to *State v. Ryan*, 86 *N.J.* 1.

CLARENCE DEVAULT v. ALEX–DANNY, INC.

June 16, 1981.

The parties having stipulated to the dismissal of the appeal, and good cause appearing; it is ORDERED that the appeal is dismissed.

STATE OF NEW JERSEY v. MICHAEL BOYLE.

September 2, 1981.

Petition for certification denied.

OLIVETTI CORPORATION OF AMERICA v. STATE OF NEW JERSEY.

September 2, 1981.

Petition for certification granted.